FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2016 JAN -5 PM 2:48

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| CHRISTINA M. ZAPPA, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:15-CV-00631 |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | |
| INSURANCE COMPANY, | § | |
| Defendant | § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' Stipulation of Dismissal, the Court GRANTS the stipulation

and dismisses the case with prejudice. It is further ordered that costs are to be borne by the party

incurring same.

SIGNED this 5th day of January, 2016.

_____
United States District Judge

1

APPROVED & ENTRY REQUESTED:

WILLIAM F. BLANKENSHIP III, PC
3219 McKinney Avenue, Suite 100
Dallas, Texas 75204
214-361-7500
214-361-7505 (Fax)
bill@blankenshiplaw.com


By: /s/ William F. Blankenship III
    William F. Blankenship III
    State Bar No: 90001483

    ATTORNEY FOR PLAINTIFF




WILSON GROSENHEIDER JACOBS
& LOIACONO, L.L.P.
3410 Far West Blvd., Suite 205
Austin, Texas 78731
512/478-1657
512/478-9016 (Fax)
kimBasinger@wgmj.com


By: /s/ L. Kim Basinger
    L. Kim Basinger
    State Bar No. 01869800
    Federal Bar No. 24923

ATTORNEYS FOR DEFENDANT